UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDOLPH ABNER,

        Plaintiffs,

vs.

Case No. 11-CV-12929

HON. GEORGE CARAM STEEH

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, et al.

        Defendants.
_____/

ORDER OF DISMISSAL

The court issued an Order to Show Cause on November 21, 2011 ordering plaintiff to show cause why is case should not be dismissed for failure to pay the required filing fee or file an application for *in forma pauperis* status.  Plaintiff's response was due with the court on or before December 5, 2011, and no response has been filed.  Now, therefore,

IT IS HEREBY ORDERED that the above-captioned case be DISMISSED.

Dated:  December 7, 2011

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 7, 2011, by electronic and/or ordinary mail and also to Randolph Abner at 19969 Trinity, Detroit MI 48219.

S/Josephine Chaffee
Deputy Clerk